FILED
Nov 25  10 30 AM '03
U.S. DISTRICT COURT
W HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| OAK RIVER COMPANY<br>    Plaintiff | : | CIVIL ACTION NO. **3:01CV2047(GLG)** |
| vs. | : | |
| MICHAEL FERRERI<br>INVATECH, L.L.C.<br>INVATECH ASSOCIATES &<br>    COMPANY, INC.<br>IT INSURANCE PROFESSIONALS<br>APPLE OIL, INC. | :<br>:<br>:<br>:<br>: | *Plaintiff's Motion for Extension of Time to Answer or Object to Defendants' Interrogatories and Requests for Production dated October 29, 2003* |
| Defendants | : | NOVEMBER 25, 2003 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OBJECT TO DEFENDANTS' INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED OCTOBER 29, 2003**

The plaintiff, Oak River Company, moves this Court for an extension of time of sixty (60) days up to and including January 29, 2004 within which to answer or object to Defendants, Michael Ferreri, Invatech, L.L.C., Invatech Associates & Company, Inc. and IT Insurance Professionals', Interrogatories and Requests for Production dated October 29, 2003.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

301 Berkshire pld Mot Ext time O&P AH 11/21/03 LMR

Plaintiff's Counsel has contacted defendants' counsel and defendants' counsel has no objection to said extension.

This matter has not been scheduled for trial.

THE PLAINTIFF, **Oak River Company**

BY _____
April Haskell   (CT 04307)
Montstream & May, L.L.P.
655 Winding Brook Drive
P. O. Box 1087
Glastonbury, CT 06033-6087
(860) 659-1341

301 Berkshire pld Mot Ext time O&P AH 11/21/03 LMR

## ORDER

The foregoing objection having been heard, it is hereby ORDERED:

SUSTAINED/DENIED

                      BY THE COURT

                      _____

                      JUDGE/CLERK

301 Berkshire pld Mot Ext time O&P AH 11/21/03 LMR

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed to all counsel/parties of record this 25th day of November, 2003, as follows:

Christopher B. Weldon, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905
(CT 14128)

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

_____
April Haskell
Montstream & May, L.L.P.

301 Berkshire pld Mot Ext time D&P AH 11/21/03 LMR