UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*************************************************

| | |
|---|---|
| OAK RIVER COMPANY<br>Plaintiff | CIVIL ACTION NO. 3:01CV2047(GLG) |
| vs. | |
| MICHAEL FERRERI<br>INVATECH, L.L.C.<br>INVATECH ASSOCIATES &<br>   COMPANY, INC.<br>IT INSURANCE PROFESSIONALS<br>APPLE OIL, INC. | *Plaintiff's Motion for Extension of Time to Answer or Object to Defendants' Interrogatories and Requests for Production dated October 29, 2003* |
| Defendants | January 27, 2004 |

*************************************************

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OBJECT TO DEFENDANTS' INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED OCTOBER 29, 2003

The plaintiff, Oak River Company, moves this Court for an additional extension of time of twenty-one (21) days up to and including February 17, 2004 within which to answer or object to Defendants, Michael Ferreri, Invatech, L.L.C., Invatech Associates & Company, Inc. and IT Insurance Professionals', Interrogatories and Requests for Production dated October 29, 2003. Plaintiff's Counsel has contacted defendants' counsel and defendants' counsel has no objection to said extension. This matter has not been scheduled for trial.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

301 Berkshire pld Mot Ext time D&P1 AH 1/26/04 AH

THE PLAINTIFF, **Oak River Company**

BY _____
April Haskell   (CT 04307)
Montstream & May, L.L.P.
655 Winding Brook Drive
P. O. Box 1087
Glastonbury, CT 06033-6087
(860) 659-1341

301 Berkshire pkd Mot Ext time D&P1 AH 1/26/04 AH

## ORDER

The foregoing objection having been heard, it is hereby ORDERED:

SUSTAINED/DENIED

                BY THE COURT

                _____
                JUDGE/CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to all counsel/parties of record this 27th day of January, 2004, as follows:

Christopher B. Weldon, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905
(CT 14128)

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

April Haskell
Montstream & May, L.L.P.

301 Berkshire pld Mot Ext time D&P1 AH 1/26/04 AH