**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
OAK RIVER COMPANY,                 :
                                   :
        Plaintiff,                 :         ORDER
                                   :
    -against-                      :
                                   :    3: 01 CV 2047 (GLG)
MICHAEL FERRERI, INVATECH, L.L.C., :
INVATECH ASSOCIATES & CO., INC.,   :
IT INSURANCE PROFESSIONALS,        :
APPLE OIL, INC.,                   :
                                   :
        Defendants.                :
-----------------------------------X
```

Plaintiff's motion for extension of time to February 17, 2004, to answer or object to interrogatories and requests for production [Doc. #58] is **granted**.

**SO ORDERED.**

**Dated:   January 29, 2004**
**         Waterbury, CT**                          /s/
                                          Gerard L. Goettel
                                              U.S.D.J.