**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
OAK RIVER COMPANY,                  :
                                    :
        Plaintiff,                  :
                                    :    3: 01 CV 2047 (GLG)
    -against-                       :       ORDER
                                    :
MICHAEL FERRERI, et al.,            :
                                    :
        Defendants.                 :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___   All purposes except trial, unless the parties consent to trial before the magistrate judge.

___   A ruling on all pretrial motions except dispositive motions.

___   To supervise discovery and resolve discovery disputes.

___   A ruling on the following motion which is currently pending:

_**X**_   Settlement conference.

___   A conference to discuss the following:

___   Other:

**SO ORDERED.**

**April 14, 2004**
**Waterbury, Connecticut.**

                                                                 /s/
                                                 **Gerard L. Goettel**
                                    **United States District Judge**