**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
OAK RIVER COMPANY,                    :
                                      :
            Plaintiff,                :           **ORDER**
                                      :
      -against-                       :
                                      :      **3: 01 CV 2047 (GLG)**
MICHAEL FERRERI, INVATECH, L.L.C.,    :
INVATECH ASSOCIATES & CO., INC.,      :
IT INSURANCE PROFESSIONALS,           :
APPLE OIL, INC.,                      :
                                      :
            Defendants.               :
-----------------------------------X


     The Motion for extension of scheduling deadlines [Doc. #61]

is **granted** to the extent that discovery must be complete by

September 30, 2004 and the case ready for trial by November 15,

2004.


          **SO ORDERED.**


**Dated:     May 17, 2004**
**          Waterbury, CT**                    _____/s/_____
                                          **Gerard L. Goettel**
                                          **U.S.D.J.**