# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| OAK RIVER COMPANY | : | CIVIL ACTION NO. **3:01CV2047(WWE)** |
|    Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| MICHAEL FERRERI | : | |
| INVATECH, L.L.C. | : | |
| INVATECH ASSOCIATES & | : | |
|    COMPANY, INC. | : | |
| IT INSURANCE PROFESSIONALS | : | |
| APPLE OIL, INC. | : | |
| | : | |
| Defendants | : | June 9, 2004 |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OBJECT TO DEFENDANTS' INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED MAY 18, 2004

     The plaintiff, Oak River Company, moves this Court for an additional extension of time of thirty (30) days up to and including July 18, 2004 within which to answer or object to Defendants, Apple Oil's, Interrogatories and Requests for Production dated May 18, 2004. Opposing counsel has been contacted. Counsel for Apple Oil, Co., consents to the motion for extension to answer but objects to any extension to file objections. This matter has not been scheduled for trial.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

.                                                                     THE PLAINTIFF, Oak River Company

                                                          BY_____
                                                             April Haskell   (CT 04307)
                                                             Montstream & May, L.L.P.
                                                             655 Winding Brook Drive
                                                             P. O. Box 1087
                                                             Glastonbury, CT 06033-6087
                                                             (860) 659-1341

## **ORDER**

The foregoing objection having been heard, it is hereby ORDERED:

SUSTAINED/DENIED

        BY THE COURT

        _____
        JUDGE/CLERK

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed to all counsel/parties of record this 9th day of June 2004, as follows:

Christopher B. Weldon, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905
(CT 14128)

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

                 _____
                 April Haskell
                 Montstream & May, L.L.P.