FILED

2004 JUN 17 A 10: 54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT, CONN

***************************************************

| | |
|---|---|
| OAK RIVER COMPANY<br>Plaintiff | CIVIL ACTION NO. 3:01CV2047(WWE) |
| vs. | |
| MICHAEL FERRERI<br>INVATECH, L.L.C.<br>INVATECH ASSOCIATES &<br>   COMPANY, INC.<br>IT INSURANCE PROFESSIONALS<br>APPLE OIL, INC. | |
| Defendants | June 9, 2004 |

***************************************************

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
6/21/04

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OBJECT TO DEFENDANTS' INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED MAY 18, 2004

The plaintiff, Oak River Company, moves this Court for an additional extension of time of thirty (30) days up to and including July 18, 2004 within which to answer or object to Defendants, Apple Oil's, Interrogatories and Requests for Production dated May 18, 2004. Opposing counsel has been contacted. Counsel for Apple Oil, Co., consents to the motion for extension to answer but objects to any extension to file objections. This matter has not been scheduled for trial.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

FILED
2004 JUN 21 P 3:
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Berkshire pld Mot ExtTime D&P2 AH.doc 6/8/04 MP