UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OAK RIVER COMPANY :
: CIVIL ACTION NO.
    Plaintiffs, : ~~3:01CV204(GLG)~~
:
VS. : 3 01 CV 2047 (WWE)
:
MICHAEL FERRERI, INVATECH, LLC, :
INVATECH ASSOCIATES & COMPANY, :
INC., IT INSURANCE PROFESSIONALS :
:
    Defendants. : June 18, 2004

### APPEARANCE

To the Clerk of this Court and all counsel of record:

Enter our appearance as counsel in this case for Defendants, MICHAEL FERRERI, INVATECH, LLC, INVATECH ASSOCIATES & COMPANY, INC., IT INSURANCE PROFESSIONALS.

> DEFENDANTS, MICHAEL FERRERI,
> INVATECH, LLC, INVATECH
> ASSOCIATES & COMPANY, INC., IT
> INSURANCE PROFESSIONALS
>
> /s/ Scott Scherban
> J. Scott Scherban (ct 22146)
> Lustig & Brown, LLP
> 1150 Summer Street
> Stamford, Connecticut 06905
> Telephone: (203) 977-7840

### CERTIFICATION

*[FILED stamp: 2004 JUN 22 A 11:2, U.S. DISTRICT COURT, BRIDGEPORT, CT]*

## **CERTIFICATION**

This is to certify that a copy of the foregoing has this date been sent, postage prepaid to the following:

April Haskell, Esq.  
Montstream & May, LLP  
655 Winding Brook Drive  
PO Box 1087  
Glastonbury, CT 06033-6087

James J. Nugent, Esq.  
Nugent & Bryant  
236 Boston Post Road  
Orange, CT 06477

J. Scott Scherban, Esq.

@PFDesktop\::ODMA/PCDOCS/NYC/69781/2