FILED

2004 JUN 25  P 4: 09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **OAK RIVER COMPANY** | : | CIVIL ACTION NO. |
| | : | 301CV2047 (WEE) |
| Plaintiff, | : | |
| V. | : | |
| **MICHAEL FERRERI, INVATECH, L.L.C.** | : | |
| **INVATECH ASSOCIATES & COMPANY, INC.**: | | |
| **IT INSURANCE PROFESSIONALS, APPLE** | : | |
| **OIL, INC.** | : | |
| Defendants. | : | JUNE 25, 2004 |

## PARTIAL OBJECTION TO DEFENDANTS MICHAEL FERRERI, INVATECH, LLC, INVATECH ASSOCIATES & COMPANY, INC., IT INSURANCE PROFESSIONAL'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY DATED JUNE 21, 2004

The defendant, Apple Oil Company, respectfully objects to the Defendants Michael Ferreri, Invatech, LLC, Invatech Associates & Company, Inc., IT Insurance Professional's ("hereinafter referred to as the Moving Defendants") Motion for Extension of time to respond to discovery dated June 21, 2004 in so far as these defendants seek additional time to object to said discovery.

In support hereof, on May 18, 2004, the defendant Apple Oil propounded

interrogatories and requests for production of documents upon the Moving Defendants. By letter dated May 24, 2004, counsel for the Moving Defendants requested consent to a 30 day extension of time "to file responses and/or object to this discovery" See Exhibit 1. By letter dated June 3, 2004, the undersigned consented to the requested extension of time to file responses but did not consent to an extension of time to object. See Exhibit 2.

The plaintiff Oak River Company moved for an extension of time to respond and/or object within 30 days of the discovery being propounded in accordance with F.R.C.P. 33(b)(3). This Honorable Court granted plaintiff's motion.

The Moving Defendants however failed to comply with F.R.C.P. 33(b)(3). The time within which the Moving Defendants had to object to the defendant Apple Oil Company's discovery has passed.

Accordingly, the defendant Apple Oil Company objects to an extension of time for the Moving Defendants to object to said discovery. The Defendant Apple Oil Company consents to an extension of time for the Moving Defendants to comply to said discovery.

```
                              THE DEFENDANT
                              APPLE OIL COMPANY

                         BY: _____
                              JIM NUGENT
                              ct #05792
                              236 Boston Post Road
                              Orange, CT  06477
                              (203) 795-1111
```

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

April Haskell, Esq.
Montstream & May, L.L.P.
P.O. Box 1087
Glastonbury, CT 06033-6087

Christopher Weldon, Esq.
J. Scott Scherban, Esq.
Dana P. Renner, Esq.
Lustig & Brown, L.L.P.
1177 Summer Street
Stamford, CT 06905

**June 25, 2004**
Date

Jim Nugent

**LUSTIG & BROWN, LLP**
ATTORNEYS AT LAW
1150 Summer Street
Stamford, CT 06905

Telephone: (203) 977-7840
Telefax: (203) 977-8649 (Not for Service)
http://www.lustigbrown.com

May 24, 2004

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

    Re:    *Oak River Company vs. Michael Ferreri, et al*
             Civil Action No. 3:01CV204(GLG)
             <u>Our File No.: 7595</u>

Dear Mr. Nugent:

    Reference is made to you interrogatories and requests for production directed to the Invatech defendants dated May 18, 2004. I am requesting an extension of time of 30 days, or up to and including July 18, 2004, to file responses and/or object to this discovery. Please let me know whether you consent to the requested extension.

    Your courtesy and cooperation are greatly appreciated.

                                         Very truly yours,

                                         Darren P. Renner, Esq.

DPR:sal

**EXHIBIT 1**

BUFFALO, NY    •    NEW YORK, NY    •    STAMFORD, CT    •    NEWARK, NJ

JAMES A. NUGENT
STEARNS J. BRYANT, JR.
JIM NUGENT*
*BOARD CERTIFIED CIVIL TRIAL LAWYER

JULIA A. NUGENT

FAX (203) 795-1019
TELEPHONE (203) 795-1111

jimnugent@snet.net

June 3, 2004

Darren P. Renner, Esq.
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT   06905

Re: <u>Oak River Company vs. Michael Ferreri, et al</u>

Dear Mr. Renner:

I received your letter dated May 24, 2004, wherein you request my consent for a 30 day extension up to and including July 18, 2004 to file responses and/or object to the discovery I propounded. In light of the fact that the Court ordered discovery be completed no later than September 30, 2004, I consent to your extension request to file responses but I do not consent to your extension request to file objections.

Very truly yours,

Jim Nugent
JJN:kln

EXHIBIT 2