**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 23  A 11: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| OAK RIVER COMPANY | : |
| | : CIVIL ACTION NO. |
| Plaintiffs, | : 3:01CV2047 (WWE) |
| | : |
| VS. | : |
| | : |
| MICHAEL FERRERI, INVATECH, LLC, | : |
| INVATECH ASSOCIATES & COMPANY, | : |
| INC., IT INSURANCE PROFESSIONALS and | : |
| APPLE OIL COMPANY | : |
| | : |
| Defendants. | : June 21, 2004 |

### DEFENDANTS MICHAEL FERRERI, INVATECH, LLC, INVATECH ASSOCIATES & COMPANY, INC., IT INSURANCE PROFESSIONALS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Pursuant to D.Conn.L.Civ.R.7, the defendants Michael Ferreri, Invatech, LLC, Invatech Associates & Company, Inc., and IT Insurance Professionals (collectively, "Invatech"), through counsel, hereby move for an extension of time to respond or object to defendant Apple Oil's Interrogatories and Requests for Production dated May 18, 2004. The discovery propounded is voluminous and the additional time is necessary for the undersigned defendants to properly respond. Invatech, the undersigned defendants request an extension of thirty (30) days up to and including July 18, 2004 to file their responses or objections to those discovery requests. Counsel for Apple Oil consents to the motion for extension to respond but objects to any extension to file objections.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

*[Handwritten margin notes: "to July 18, 2004." / "6/29/04" / "Motion GRANTED" / "WARREN W. EGINTON, Senior United States District Judge"]*