FILED

2004 JUL 22  A 11: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **OAK RIVER COMPANY** | : | **CIVIL ACTION NO.** |
| | : | **301CV2047 (WEE)** |
| **Plaintiff,** | : | |
| V. | : | |
| **MICHAEL FERRERI, INVATECH, L.L.C.** | : | |
| **INVATECH ASSOCIATES & COMPANY, INC.**: | | |
| **IT INSURANCE PROFESSIONALS, APPLE** | : | |
| **OIL, INC.** | : | |
| **Defendants.** | : | **JULY 21, 2004** |

## MOTION FOR DEFAULT FOR FAILURE TO RESPOND TO DISCOVERY AS TO DEFENDANT INVATECH ASSOCIATES & COMPANY, INC.

The defendant Apple Oil Company respectfully moves this Court to enter a default against the defendant **INVATECH ASSOCIATES & COMPANY, INC.** for its failure to respond to Interrogatories and Request for Production dated May 18, 2004.

This defendant filed a Motion for Extension of Time to Respond to Discovery dated June 21, 2004. This Court granted said Motion for Extension of Time allowing this defendant to file responses no later than July 18, 2004.

No objections of any kind were filed. The time period within which to object has

long since passed.

No compliance of any kind has been forthcoming from this defendant.

Accordingly, a default should enter.

                                                THE DEFENDANT
                                                APPLE OIL COMPANY

BY: _____
        JIM NUGENT
        ct #05792
        236 Boston Post Road
        Orange, CT  06477
        (203) 795-1111

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

April Haskell, Esq.
Montstream & May, L.L.P.
P.O. Box 1087
Glastonbury, CT 06033-6087

Christopher Weldon, Esq.
J. Scott Scherban, Esq.
Dana P. Renner, Esq.
Lustig & Brown, L.L.P.
1177 Summer Street
Stamford, CT 06905

**July 21, 2004**
Date

Jim Nugent