FILED

2004 JUL 28  A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OAK RIVER COMPANY | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV2047(WWE) |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL FERRERI, INVATECH, LLC, | : | |
| INVATECH ASSOCIATES & COMPANY, | : | |
| INC., IT INSURANCE PROFESSIONALS | : | |
| and APPLE OIL COMPANY | : | |
| | : | |
| Defendants. | : | July 27, 2004 |

## DEFENDANTS MICHAEL FERRERI, INVATECH, LLC, INVATECH ASSOCIATES & COMPANY, INC., IT INSURANCE PROFESSIONALS' OBJECTION TO MOTION FOR DEFAULT

The defendants Michael Ferreri, Invatech, LLC, Invatech Associates & Company, Inc., and IT Insurance Professionals (collectively, "Invatech"), through counsel, hereby object to co-defendant Apple Oil Company's motions for default for failure to respond to discovery dated July 21, 2004 for the reasons set forth below:

1.     On or about May 18, 2004, the defendant Apple Oil Company ("Apple Oil") served Interrogatories and Requests for Production on the Invatech defendants. The discovery propounded is voluminous. For example, Apple Oil Company's served seventy one (71) interrogatories, with more than 250 discrete subparts, coupled with sixty (60) requests for production.

2.     The Court had granted Invatech's motion for extension of time to respond and/or object to this discovery over the objection of Apple Oil's counsel. **Exhibit A.** Prior to the Court's ruling, counsel for Apple Oil had indicated in correspondence to the undersigned that he would not consent to an extension of time for objections to the discovery due to the then-scheduling order, which called for the completion of discovery by September 30, 2004. **Exhibit B.**

3.      Following the recent settlement conference in this case, Magistrate Judge Garfinkel issued an order directing that discovery be concluded by December 31, 2004, effectively extending the discovery cut-off date by 3 months.  Thus, the moving party, Apple Oil, will, in no way, suffer any prejudice by Invatech's disclosure at this point.

4.      The undersigned counsel has endeavored to complete the objections and responses to Apple Oil's discovery, and will be filing Invatech's objections by the end of this week.  Moreover, undersigned counsel is scheduled to meet with Invatech at their offices on August 4, 2004 to thoroughly review the Invatech's responses to Apple Oil's discovery, with the anticipation that the response will be sent out no later than August 6, 2004.

5.      Curiously, Apple Oil's counsel made no mention of the timeliness of Invatech's discovery responses at the recent settlement conference, although such would have been a perfect forum to discuss this issue with the court.  In fact, the motions for default were filed one day after the settlement conference was held.

6.      Moreover, the motions for default should fail for the reason that Apple Oil's counsel failed to certify, as required under F.R.C.P. Rule 37, that they have, in good faith, conferred or attempted to confer with the undersigned counsel to secure compliance without court intervention.

**WHEREFORE**, the undersigned requests that this objection be sustained.

THE DEFENDANTS,
MICHAEL FERRERI, INVATECH, LLC,
INVATECH ASSOCIATES & COMPANY,
INC., IT INSURANCE PROFESSIONALS

Darren P. Renner, Esq. (ct 15901)
Christopher B. Weldon, Esq. (ct 14128)
J. Scott Scherban (ct 22146)
Lustig & Brown, LLP
1177 Summer Street
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Fax:   (203) 977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.5(b), this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

April Haskell, Esq.
Montstream & May, LLP
655 Winding Brook Drive
PO Box 1087
Glastonbury, CT 06033-6087
(860) 659-1341

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477
(203) 795-1111

Darren P. Renner, Esq.

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 23  A 11: 57

U.S. DISTRICT COURT
BRIDGEPORT CON

OAK RIVER COMPANY                          :
                                           : CIVIL ACTION NO.
                          Plaintiffs,      : 3:01CV2047 (WWE)
                                           :
VS.                                        :
                                           :
MICHAEL FERRERI, INVATECH, LLC,            :
INVATECH ASSOCIATES & COMPANY,             :
INC., IT INSURANCE PROFESSIONALS and       :
APPLE OIL COMPANY                          :
                                           :
                          Defendants.      : June 21, 2004

**DEFENDANTS MICHAEL FERRERI, INVATECH, LLC, INVATECH ASSOCIATES &
COMPANY, INC., IT INSURANCE PROFESSIONALS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO DISCOVERY**

Pursuant to D.Conn.L.Civ.R.7, the defendants Michael Ferreri, Invatech, LLC, Invatech

Associates & Company, Inc., and IT Insurance Professionals (collectively, "Invatech"), through

counsel, hereby move for an extension of time to respond or object to defendant Apple Oil's

Interrogatories and Requests for Production dated May 18, 2004. The discovery propounded is

voluminous and the additional time is necessary for the undersigned defendants to properly respond.

Invatech, the undersigned defendants request an extension of thirty (30) days up to and including

July 18, 2004 to file their responses or objections to those discovery requests. Counsel for Apple

Oil consents to the motion for extension to respond but objects to any extension to file objections.

*NO ORAL ARGUMENT REQUESTED*
*NO TESTIMONY REQUIRED*

Motion GRANTED to July 18, 2004.

WARREN W. EGINTON
Senior United States District Judge

6/29/04

3:01CV2047(END)

**EXHIBIT A**

LAW OFFICES OF
# NUGENT AND BRYANT
236 BOSTON POST ROAD
ORANGE, CONNECTICUT 06477

**FILE COPY**

JAMES A. NUGENT
STEARNS J. BRYANT, JR.
JIM NUGENT*
*BOARD CERTIFIED CIVIL TRIAL LAWYER

JULIA A. NUGENT

FAX (203) 795-1019

TELEPHONE (203) 795-1111

jimnugent@snet.net

June 3, 2004

Darren P. Renner, Esq.
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT   06905

Re: <u>Oak River Company vs. Michael Ferreri, et al</u>

Dear Mr. Renner:

I received your letter dated May 24, 2004, wherein you request my consent for a 30 day extension up to and including July 18, 2004 to file responses and/or object to the discovery I propounded. In light of the fact that the Court ordered discovery be completed no later than September 30, 2004, I consent to your extension request to file responses but I do not consent to your extension request to file objections.

Very truly yours,

Jim Nugent
JJN/kln

**EXHIBIT B**