FILED

2004 JUL 22 P 12:00

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **OAK RIVER COMPANY** | : | CIVIL ACTION NO. |
| | : | 301CV2047 (WEE) |
| Plaintiff, | : | |
| V. | : | |
| MICHAEL FERRERI, INVATECH, L.L.C. | : | |
| INVATECH ASSOCIATES & COMPANY, INC.: | | |
| IT INSURANCE PROFESSIONALS, APPLE | : | |
| OIL, INC. | : | |
| Defendants. | : | JULY 21, 2004 |

Motion GRANTED.
WARREN W. EGINTON
Senior United States District Judge
8/11/04

## MOTION FOR DEFAULT FOR FAILURE TO RESPOND TO DISCOVERY AS TO DEFENDANT INVATECH, L.L.C.

The defendant Apple Oil Company respectfully moves this Court to enter a default against the defendant **INVATECH, L.L.C.** for its failure to respond to Interrogatories and Request for Production dated May 18, 2004.

This defendant filed a Motion for Extension of Time to Respond to Discovery dated June 21, 2004. This Court granted said Motion for Extension of Time allowing this defendant to file responses no later than July 18, 2004.

No objections of any kind were filed. The time period within which to object has

FILED
2004 AUG 11 P 4:34
U.S. DISTRICT COURT
BRIDGEPORT, CONN.