UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OAK RIVER COMPANY                          :
                                           : CIVIL ACTION NO.
                          Plaintiffs,      : 3:01CV2047(WWE)
                                           :
VS.                                        :
                                           :
MICHAEL FERRERI, INVATECH, LLC,            :
INVATECH ASSOCIATES & COMPANY,             :
INC., IT INSURANCE PROFESSIONALS           :
and APPLE OIL COMPANY                      :
                                           :
                                           :
Defendants.                                : September 17, 2004

## DEFENDANTS MICHAEL FERRERI, INVATECH, LLC, INVATECH ASSOCIATES & COMPANY, INC., IT INSURANCE PROFESSIONALS' OBJECTION TO DEFENDANT APPLE OIL COMPANY'S MOTION FOR DEFAULT JUDGMENT

Pursuant to Fed.R.Civ.P. 55, the defendants Michael Ferreri, Invatech, LLC, Invatech

Associates & Company, Inc., and IT Insurance Professionals (collectively, "Invatech"),

through counsel, hereby object to the Defendant Apple Oil Company's Motion for Default

Judgment against Invatech, for the reasons set forth below:

## I.    RELEVANT FACTS AND BACKGROUND

The instant action arises out of the plaintiff's attempt to recover a large sum of

workers' compensation benefits paid under a policy of insurance it issued to Apple Oil.

The policy of insurance at issue was procured by defendant Apple Oil with the assistance

of the defendants Invatech.    The issues raised in this action involve complex matters of

law, multiple parties and pleadings, significant motion practice and substantial damages.

On or about May 18, 2004 the defendant Apple Oil served the voluminous discovery at issue on defendant Invatech consisting of approximately 70 interrogatories and 60 requests for document production. An extension of time up to July 18, 2004 was sought by Invatech and granted by the Court in order for counsel to prepare adequate responses to Apple Oil's discovery. The complexity of the issues in this matter required a thorough document review and consultation with Invatech to complete and review the proposed responses. Despite diligent efforts, the undersigned was unable to complete responses by the initial July 18, 2004 extension. Shortly thereafter, on August 4, 2004 partial objections were filed and a client/attorney meeting was conducted to finalize defendant Invatech's responses to discovery.   Following a final review and consultation with Invatech, discovery responses complying with demands made by Apple Oil were filed on August 13, 2004 (upon receipt of Invatech's verification under oath).   There was a settlement conference before this Court  and the date to complete discovery was extended until December 31, 2004.  Furthermore, at the recent deposition of Mr. Ferreri, Invatech's principal, counsel became aware of additional documents maintained by Invatech which may be responsive to Apple Oil's (and plaintiff's) discovery demands. Counsel is making arrangements with Invatech to review and, if applicable, provide the additional documents.

## II.    LAW AND ARGUMENT

Invatech has previously filed a motion to set aside the default under Federal Rule

of Civil Procedure 55(c) which has yet to be ruled upon by the Court. In addition, and contrary to counsel's representations in Apple Oil's moving papers, Invatech has only once been defaulted in this case, in a matter concerning the filing of a responsive pleading. With the exception of the instant default, Invatech has not been defaulted as to any issues concerning discovery compliance. A complete copy of the current docket entries for this case is attached hereto as **Exhibit A**.

When deciding whether to relieve a party from default, a court should consider the willfulness of the default, the existence of a meritorious defense, and the level of prejudice that the non-defaulting party may suffer should relief be granted. Pecarsky v. Galaxiworld.com Ltd., 249 F.3d 167, 171 (2d Cir. 2001). The Second Circuit Court of Appeals has repeatedly held that strong public policy favors resolving disputes on the merits rather than by the default. Id, at 172. The undersigned submits that the defendant's failure to file timely responses to the discovery should in no way be construed as a willful or neglectful act. To the contrary, the moving defendant, with the assistance of counsel, has worked diligently to complete the voluminous discovery at issue. There was no dilatory tactic or willfulness that can be attributed to the delay at issue. To the contrary, counsel has worked (and will continue to work) zealously with Invatech to complete discovery.

The Second Circuit has expressed on numerous occasions its preference that litigation disputes be resolved on the merits, not by default. *See, e.g.,* Enron Oil Corp. v. Diakuhara, 10 F.3d 90, 95 (2nd Cir.1993); Traguth v. Zuck, 710 F.2d 90, 94 (2nd Cir.1983);

-3-

Meehan v. Snow, 652 F.2d 274, 277 (2nd Cir.1981).    In so doing, the Second Circuit has described default judgments as "'the most severe sanction which the court may apply." (Internal quotations and citation omitted) Securities & Exchange Comm'n v. Management Dynamics, Inc., 515 F.2d 801, 814 (2nd Cir.1975).    "While courts are entitled to enforce compliance with the time limits of the Rules by various means, the extreme sanction of a default judgment must remain a weapon of last, rather than first, resort." Meehan, 652 F.2d at 277 (citations omitted).    Because there is a preference for resolving disputes on the merits, doubts as to whether default should be set aside should be resolved in favor of the defaulting party. Enron Oil Corp., 10 F.3d at 95-6.    Based on the brief delay by Invatech and lack of prejudice to Apple Oil, clearly this is a case in which a default judgment should not enter.

Based on the Court's clear preference for a trial on the merits and the complexity of issues raised in this matter, the undersigned respectfully requests that Apple Oil's application for a default judgment be denied.    As outlined above, this matter involves multiple parties, sizable motion practice and voluminous discovery, only a fraction of which has been completed to date.    According to the recent scheduling order in this case, there are more than three months remaining to complete discovery and this matter is not set down for trial readiness until March 15, 2005.    As such, there is no prejudice to the defendant, Apple Oil.

Based on the foregoing, the defendant Invatech respectfully requests that Apple Oil's application for a default judgment be denied.

-4-

THE DEFENDANTS,
MICHAEL FERRERI, INVATECH, LLC,
INVATECH ASSOCIATES &
COMPANY, INC., IT INSURANCE
PROFESSIONALS


Darren P. Renner, Esq. (ct 15901)
Christopher B. Weldon, Esq. (ct 14128)
Lustig & Brown, LLP
1177 Summer Street, Suite 304
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Fax:  (203) 977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.5, this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

April Haskell, Esq.
Montstream & May, LLP
655 Winding Brook Drive
PO Box 1087
Glastonbury, CT 06033-6087
(860) 659-1341

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477
(203) 795-1111


Darren P. Renner, Esq.

Court:                   U.S. District Court District of Connecticut (New Haven)
Case Title:              Oak River Co v. Ferreri, et al
Case Number:             3:01-cv-02047-WWE
Filed On:                11/01/2001

                                    SUMMARY

Case Number:             3:01-cv-02047-WWE
Referred To:             Judge William I. Garfinkel
Jury Demand:             Both
Demand:                  $0
Nature of Suit:          Contract: Other (190)
Jurisdiction:            Federal Question
Cause:                   28:1332 Diversity-Breach of Contract
Case Updated:            08/18/2004
                                     NAMES

Party Name:              Oak River Co
Party Type:              Plaintiff
Attorney(s):             April Haskell
                         860-659-1341
                         Email: ahaskell@montmaylaw.com
Firm Name:               Montstream & May Salmon Brook Corporate Park
Firm Address:            655 Winding Brook Dr., Po Box 1087
                         Glastonbury, CT 06033-6087

Party Name:              Michael Ferreri
Party Type:              Defendant
Attorney(s):             Christopher B. Weldon
                         203-977-7840
Firm Name:               Lustig & Brown-Stmfd
Firm Address:            1177 Summer St.
                         Stamford, CT 06905

                         Darren P. Renner
                         203-977-7840
                         Fax: 203-977-8649
                         Email: drenner@lustigbrown.com
Firm Name:               Lustig & Brown
Firm Address:            1150 Summer St.
                         Stamford, CT 06905

                         John S. Scherban
                         203-977-7840
Firm Name:               Lustig & Brown-Stmfd
Firm Address:            1177 Summer St.
                         Stamford, CT 06905

# EXHIBIT "A"

```
Party Name:            Invatech LLC
Party Type:            Defendant
Attorney(s):           Christopher B. Weldon
Firm Address:          (See above for address)


                       Darren P. Renner
Firm Address:          (See above for address)


                       John S. Scherban
Firm Address:          (See above for address)


Party Name:            Invatech Assoc & Co Inc
Party Type:            Defendant
Attorney(s):           Christopher B. Weldon
Firm Address:          (See above for address)


                       Darren P. Renner
Firm Address:          (See above for address)


                       John S. Scherban
Firm Address:          (See above for address)


Party Name:            IT Ins Professionals
Party Type:            Defendant
Attorney(s):           Christopher B. Weldon
Firm Address:          (See above for address)


                       Darren P. Renner
Firm Address:          (See above for address)


                       John S. Scherban
Firm Address:          (See above for address)


Party Name:            Apple Oil Inc
Party Type:            Defendant
Attorney(s):           James J. Nugent
                       203-795-1113
                       Email: jimnugent@snet.net

Firm Name:             Nugent & Bryant
Firm Address:          236 Boston Post Rd.
                       Orange, CT 06477-3207
```

DOCKET PROCEEDINGS

| Entry#: | Date: | Description: |
|---|---|---|
| 80 | 08/18/2004 | MOTION to Set Aside Default for Failure to Plead by Michael Ferreri, IT Ins Professionals, Invatech Assoc & Co Inc, Invatech LLC. (D'Andrea, S.) (Entered: 08/18/2004)<br>🔁 View Document in PDF Format |
| 79 | 08/11/2004 | Endorsement ORDER Granting 77 Motion for Default Entry 55(a). Motion for Default Judgment Due by 9/10/2004. Signed by Judge Warren W. Eginton on 8/11/2004. (D'Andrea, S.) (Entered: 08/12/2004)<br>🔁 View Document in PDF Format |
| 78 | 07/28/2004 | OBJECTION to Apple Oil's 75 MOTION for Default Entry 55(a) as to M. Ferreri; 76 MOTION for Default Entry 55(a) as to IT Ins; 77 MOTION for Default Entry 55(a)as to Invatech LLC; 74 MOTION for Default Entry 55(a)as to Invatech, filed by Michael Ferreri, IT Ins Professionals, Invatech Assoc & Co Inc, Invatech LLC. (D'Andrea, S.) (Entered: 07/30/2004)<br>🔁 View Document in PDF Format |
| 77 | 07/22/2004 | MOTION for Default Entry 55(a) as to Invatech, L.L.C. by Apple Oil Inc. (Chancey, D.) (Entered: 07/26/2004)<br>🔁 View Document in PDF Format |
| 76 | 07/22/2004 | MOTION for Default Entry 55(a) as to IT Insurance Professionals by Apple Oil Inc. (Chancey, D.) (Entered: 07/26/2004)<br>🔁 View Document in PDF Format |
| 75 | 07/22/2004 | MOTION for Default Entry 55(a) as to Michael Ferreri by Apple Oil Inc. (Chancey, D.) (Entered: 07/26/2004)<br>🔁 View Document in PDF Format |
| 74 | 07/22/2004 | MOTION for Default Entry 55(a) as to Invatech Associates & Company, Inc. by Apple Oil Inc. (Chancey, D.) (Entered: 07/26/2004)<br>🔁 View Document in PDF Format |
|  | 07/21/2004 | Set Deadlines/Hearings: Discovery due by 12/31/2004. Dispositive Motions due by 1/31/2005. Pretrial Order due by 2/28/2005. Trial Ready Date 3/15/2005. (Garfinkel, William) (Entered: 07/21/2004)<br>Order Document for Later Delivery |

| 73 | 07/21/2004 | ELECTRONIC SCHEDULING ORDER: Discovery due by 12/31/2004. Dispositive Motions due by 1/31/2005. Proposed Pretrial Order due by 2/28/2005. Trial Ready Date 3/15/2005. Counsel should contact the undersigned in the fall of 2004 to discuss resuming settlement negotiations. THIS IS THE ONLY NOTICE OF THIS ORDER THAT WILL BE ISSUED BY THE COURT. Signed by Judge William I. Garfinkel on 7/21/04. (Garfinkel, William) (Entered: 07/21/2004) |
|    |            | Order Document for Later Delivery |
| 72 | 07/20/2004 | Minute Entry for Proceedings held before Judge William I. Garfinkel : Settlement Conference held on 7/20/2004. (D'Andrea, S.) (Entered: 07/21/2004) Order Document for Later Delivery |
| 71 | 07/14/2004 | NOTICE OF E-FILED CALENDAR: Settlement Conference set for 7/20/2004 @ 10:00 AM before the Honorable William I. Garfinkel, U.S. District Court, 915 Lafayette Blvd., Room 429, Bridgeport. (Urbano, G.) (Entered: 07/14/2004) Order Document for Later Delivery |
| 70 | 06/29/2004 | Endorsement ORDER Granting 68 Motion for Extension of Time to July 18, 2004 to Respond to Discovery . Signed by Judge Warren W. Eginton on 6/29/2004. (D'Andrea, S.) (Entered: 06/29/2004) View Document in PDF Format |
| 69 | 06/25/2004 | PARTIAL OBJECTION re 68 MOTION for Extension of Time filed by Apple Oil Inc. (D'Andrea, S.) (Entered: 06/29/2004) View Document in PDF Format |
| 68 | 06/23/2004 | MOTION for Extension of Time to July 18, 2004 to Respond to Discovery by Michael Ferreri, IT Ins Professionals, Invatech Assoc & Co Inc, Invatech LLC. (D'Andrea, S.) (Entered: 06/23/2004) View Document in PDF Format |
| 67 | 06/22/2004 | NOTICE of Appearance by John S. Scherban on behalf of Michael Ferreri, IT Ins Professionals, Invatech Assoc & Co Inc, Invatech LLC (D'Andrea, S.) (Entered: 06/23/2004) View Document in PDF Format |

| 66 | 06/21/2004 | ORDER Granting 65 Motion for Extension of Time to July 18, 2004 to Answer or Object to Defendants' Interrogatories and Requests for Production . Signed by Judge Warren W. Eginton on 6/21/2004. (D'Andrea, S.) (Entered: 06/22/2004)<br>📄 View Document in PDF Format |
|---|---|---|
| 65 | 06/17/2004 | MOTION for Extension of Time to July 18, 2004 to Answer or Object to Interrogatories and Requests for Production by Oak River Co. (D'Andrea, S.) (Entered: 06/18/2004)<br><br>📄 View Document in PDF Format |
| 64 | 05/28/2004 | NOTICE TO COUNSEL re: Case reassigned to Judge Warren W. Eginton for all further proceedings. Judge Gerard L. Goettel no longer assigned to case. Signed by Clerk on 5/27/04. (Pesta, J.) (Entered: 06/03/2004)<br>📄 View Document in PDF Format |
|  | 05/17/2004 | Set Deadlines: Discovery due by 9/30/2004. Trial Ready Date 11/15/2004. (Chancey, D.) (Entered: 05/17/2004) Order Document for Later Delivery |
| 63 | 05/17/2004 | ORDER granting 61 Motion for Extension of Time. Discovery complete by 9/30/04 and Case Ready for Trial by 11/15/2004 . Signed by Judge Gerard L. Goettel on 5/17/2004. (Chancey, D.) (Entered: 05/17/2004)<br>📄 View Document in PDF Format |
|  | 05/13/2004 | DOCKET ANNOTATION re 62 Order: Originally docketed as Status Conference and is an Order for Settlement Conference set for 7/20/2004 at 10:00 a.m. (D'Andrea, S.) (Entered: 05/13/2004) |
| 62 | 05/12/2004 | ORDER :Settlement Conference set for 7/20/2004 10:00 AM in Chambers Room 429 before Judge William I. Garfinkel. Signed by Judge William I. Garfinkel on 5/12/2004. (D'Andrea, S.) Modified on 5/13/2004 (D'Andrea, S.). (Entered: 05/13/2004)<br>📄 View Document in PDF Format |
| 61 | 05/06/2004 | MOTION for Extension of Time for discovery until 8/30/04 by Oak River Co. (Falcone, K.) (Entered: 05/10/2004)<br>📄 View Document in PDF Format |

| 60 | 04/14/2004 | ORDER REFERRING CASE for settlement conference to Magistrate Judge William I. Garfinkel. Signed by Judge Gerard L. Goettel on 04/14/2004. (Chancey, D.) (Entered: 04/14/2004) 📄 View Document in PDF Format |
| | 01/29/2004 | Set Deadlines: Discovery due by 2/17/2004. (Chancey, D.) (Entered: 01/29/2004) Order Document for Later Delivery |
| 59 | 01/29/2004 | ORDER granting 58 Motion for Extension of Time to answer or object to interrogatories and requests for production. Signed by Judge Gerard L. Goettel on 01/29/2004. (Chancey, D.) (Entered: 01/29/2004) 📄 View Document in PDF Format |
| 58 | 01/28/2004 | MOTION for Extension of Time until 2/17/04 to answer interrogatories or discovery by Oak River Co. (Falcone, K.) (Entered: 01/28/2004) 📄 View Document in PDF Format |
| 57 | 12/05/2003 | Endorsement ORDER granting 56 Motion for Extension of Time until 1/29/2004 to respond to Interrogatories and Document Production.. Signed by Judge Gerard L. Goettel on 12/4/2003. (Falcone, K.) (Entered: 12/09/2003) 📄 View Document in PDF Format |
| 56 | 11/25/2003 | MOTION for Extension of Time until 1/29/04 to respond to defendants interrogatories and requests for production by Oak River Co. (Villano, P.) (Entered: 12/03/2003) 📄 View Document in PDF Format |
| | 10/07/2003 | ENDORSEMENT granting [55-1] motion for Joseph Mabe to Withdraw as Attorney ( signed by Judge Gerard L. Goettel ) (Depino, F.) (Entered: 10/07/2003) Order Document for Later Delivery |
| | 10/06/2003 | ENDORSEMENT granting [54-1] motion to Extend Time for Discovery until 10/17/03 ( signed by Judge Gerard L. Goettel ) (Depino, F.) (Entered: 10/07/2003) Order Document for Later Delivery |
| 55 | 10/03/2003 | MOTION by Oak River Co for Joseph Mabe to Withdraw as Attorney (Brown, S.) (Entered: 10/03/2003) |

Order Document for Later Delivery

54    10/01/2003    MOTION by Michael Ferreri, Invatech LLC, Invatech
Assoc & Co, IT Ins Professionals to Extend Time for
Discovery until 10/17/03 (Rodko, R.) (Entered:
10/01/2003)
Order Document for Later Delivery

09/24/2003    ENDORSEMENT granting [53-1] motion to Extend Time to
11/4/03 to respond to discovery ( signed by Judge
Gerard L. Goettel ) (Depino, F.) (Entered: 09/25/2003)
Order Document for Later Delivery

53    09/19/2003    MOTION by Apple Oil Inc to Extend Time to 11/4/03 to
respond to discovery (Malone, P.) (Entered:
09/19/2003)
Order Document for Later Delivery

08/28/2003    ENDORSEMENT denying [52-1] motion to Extend Time to
9/30/03 to respond to discovery ( signed by Judge
Gerard L. Goettel ) (Basile, F.) (Entered: 08/28/2003)
Order Document for Later Delivery

08/28/2003    ENDORSEMENT denying [48-1] motion for Entry of Default
as to Invatech Assoc & Co ( signed by Judge Gerard L.
Goettel ) (Basile, F.) (Entered: 08/28/2003)
Order Document for Later Delivery

08/28/2003    ENDORSEMENT denying [49-1] motion for Entry of Default
as to Invatech LLC ( signed by Judge Gerard L. Goettel
) (Basile, F.) (Entered: 08/28/2003)
Order Document for Later Delivery

08/28/2003    ENDORSEMENT denying [50-1] motion for Entry of Default
as to Michael Ferreri ( signed by Judge Gerard L.
Goettel ) (Basile, F.) (Entered: 08/28/2003)
Order Document for Later Delivery

08/28/2003    ENDORSEMENT granting [51-1] motion to Extend Time to
9/30/03 to respond to discovery ( signed by Judge
Gerard L. Goettel ) (Basile, F.) (Entered: 08/28/2003)
Order Document for Later Delivery

08/28/2003    ENDORSEMENT denying [47-1] motion for Entry of Default
as to IT Ins Professionals ( signed by Judge Gerard L.
Goettel ) (Basile, F.) (Entered: 08/28/2003)
Order Document for Later Delivery

| | | |
|---|---|---|
| 52 | 08/25/2003 | MOTION by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to Extend Time to 9/30/03 to respond to discovery (Depino, F.) (Entered: 08/26/2003) <br> Order Document for Later Delivery |
| 51 | 08/25/2003 | MOTION by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to Extend Time to 9/30/03 to respond to discovery (Depino, F.) (Entered: 08/26/2003) <br><br> Order Document for Later Delivery |
| 50 | 08/20/2003 | MOTION by Oak River Co for Entry of Default as to Michael Ferreri (Depino, F.) (Entered: 08/20/2003) <br> Order Document for Later Delivery |
| 49 | 08/20/2003 | MOTION by Oak River Co for Entry of Default as to Invatech LLC (Depino, F.) (Entered: 08/20/2003) <br> Order Document for Later Delivery |
| 48 | 08/20/2003 | MOTION by Oak River Co for Entry of Default as to Invatech Assoc & Co (Depino, F.) (Entered: 08/20/2003) <br> Order Document for Later Delivery |
| 47 | 08/20/2003 | MOTION by Oak River Co for Entry of Default as to IT Ins Professionals (Depino, F.) (Entered: 08/20/2003) <br> Order Document for Later Delivery |
| | 08/18/2003 | ENDORSEMENT granting [46-1] motion to Extend Time to 9/16/03 to comply with discovery ( signed by Clerk ) (Depino, F.) (Entered: 08/18/2003) <br> Order Document for Later Delivery |
| 46 | 08/15/2003 | MOTION by Apple Oil Inc to Extend Time to 9/16/03 to comply with discovery (Depino, F.) (Entered: 08/18/2003) <br> Order Document for Later Delivery |
| | 03/25/2003 | ENDORSEMENT denying [42-1] motion for Default Judgment against Michael Ferreri, Invatech LLC, Invatech Assoc & Co ( signed by Judge Gerard L. Goettel ) (Depino, F.) (Entered: 03/25/2003) <br> Order Document for Later Delivery |

| | 03/25/2003 | ENDORSEMENT granting [41-1] motion to Set Aside Default and attorney's fees are assessed against defendant to be paid to plaintiff's counsel ( signed by Judge Gerard L. Goettel ) (Depino, F.) Modified on 03/25/2003 (Entered: 03/25/2003) Order Document for Later Delivery |
| 45 | 03/07/2003 | MEMORANDUM by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals in support of [44-1] objection (Falcone, K.) (Entered: 03/10/2003) Order Document for Later Delivery |
| 44 | 03/07/2003 | OBJECTIONS by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to [42-1] motion for Default Judgment against Michael Ferreri, Invatech LLC, Invatech Assoc & Co by Oak River Co (Falcone, K.) (Entered: 03/10/2003) Order Document for Later Delivery |
| 43 | 02/25/2003 | OBJECTIONS by Oak River Co to [41-1] motion to Set Aside Default by Invatech Assoc & Co, Invatech LLC, Michael Ferreri (Falcone, K.) (Entered: 02/25/2003) Order Document for Later Delivery |
| 42 | 02/25/2003 | MOTION by Oak River Co for Default Judgment against Michael Ferreri, Invatech LLC, Invatech Assoc & Co (Falcone, K.) (Entered: 02/25/2003) Order Document for Later Delivery |
| 41 | 02/10/2003 | MOTION by Michael Ferreri, Invatech LLC, Invatech Assoc & Co to Set Aside Default (Brief Due 3/3/03 ) (Depino, F.) (Entered: 02/10/2003) Order Document for Later Delivery |
| | 02/06/2003 | ENDORSEMENT so ordered [36-1] 26f report, set Discovery deadline to 12/30/03 , Dispositive Motions due by 1/30/03 ( signed by Judge Gerard L. Goettel ) (Brown, S.) (Entered: 02/06/2003) Order Document for Later Delivery |
| 40 | 02/06/2003 | ANSWER and Affirmative Defenses by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to amended complaint (Depino, F.) (Entered: 02/06/2003) Order Document for Later Delivery |
| 39 | 02/03/2003 | ANSWER and Affirmative Defenses by Apple Oil Inc to amended complaint (Brown, S.) (Entered: 02/03/2003) |

Order Document for Later Delivery

01/31/2003     ENDORSEMENT denying [38-1] motion for Entry of Default as to Apple Oil Inc for failure to answer amended complaint w/0 prejudice to the filing of a return of service ( signed by Clerk ) (Depino, F.) (Entered: 01/31/2003)
Order Document for Later Delivery

01/31/2003     ENDORSEMENT granting [37-1] motion for Entry of Default as to Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals Default entered as to Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals Filing of Motion for Default Judgment by 3/2/03 for Michael Ferreri, for Invatech LLC, for Invatech Assoc & Co, for IT Ins Professionals . ( Signed by Clerk ) (Depino, F.) (Entered: 01/31/2003)
Order Document for Later Delivery

38     01/29/2003     MOTION by Oak River Co for Entry of Default as to Apple Oil Inc for failure to answer amended complaint (Depino, F.) (Entered: 01/31/2003)
Order Document for Later Delivery

37     01/29/2003     MOTION by Oak River Co for Entry of Default as to Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals (Depino, F.) (Entered: 01/31/2003)
Order Document for Later Delivery

36     01/27/2003     REPORT of Parties Planning Meeting (Rodko, R.) (Entered: 01/28/2003)
Order Document for Later Delivery

35     01/27/2003     Response re: 26f notice by Apple Oil Inc (Depino, F.) (Entered: 01/27/2003)
Order Document for Later Delivery

34     01/16/2003     Notice to counsel regarding 26(f). Report of Conference due 2/5/03 ( signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 01/16/2003)

Order Document for Later Delivery

33     12/31/2002     AMENDED COMPLAINT by Oak River Co amending [1-1] complaint (Depino, F.) (Entered: 01/02/2003)
Order Document for Later Delivery

| | | |
|---|---|---|
| 32 | 12/24/2002 | ANSWER and Affirmative Defenses to Complaint by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals (Brown, S.) (Entered: 12/26/2002) Order Document for Later Delivery |
| | 12/16/2002 | ENDORSEMENT granting [31-1] motion to Set Aside Default ( signed by Judge Gerard L. Goettel ) (Depino, F.) (Entered: 12/17/2002) Order Document for Later Delivery |
| 31 | 11/12/2002 | MOTION by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals, Apple Oil Inc to Set Aside Default (Brief Due 12/3/02 ) (Depino, F.) (Entered: 11/13/2002) Order Document for Later Delivery |
| 30 | 11/07/2002 | OBJECTIONS by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to [29-1] motion for Entry of Default for failure to plead as to Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals by Oak River Co (Depino, F.) (Entered: 11/07/2002) Order Document for Later Delivery |
| | 11/05/2002 | ENDORSEMENT granting [29-1] motion for Entry of Default for failure to plead as to Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals Default entered as to Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals Filing of Motion for Default Judgment by 12/5/02 for Michael Ferreri, for Invatech LLC, for Invatech Assoc & Co, for IT Ins Professionals . ( Signed by Clerk ) (Depino, F.) (Entered: 11/05/2002) Order Document for Later Delivery |
| 29 | 11/01/2002 | MOTION by Oak River Co for Entry of Default for failure to plead as to Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals (Depino, F.) (Entered: 11/05/2002) Order Document for Later Delivery |
| 28 | 08/30/2002 | MEMORANDUM of Decision granting in part, denying in part [20-1] motion to Dismiss counts two, three, four, five, eleven, twelve, thirteen and fourteen SEE FOR DETAILS ( signed by Judge Gerard L. Goettel ) 10 Pages(s) (Depino, F.) (Entered: 08/30/2002) Order Document for Later Delivery |
| 27 | 08/20/2002 | ANSWER by Apple Oil Inc to amended complaint; jury demand (Depino, F.) (Entered: 08/20/2002) |

Order Document for Later Delivery

26        06/10/2002        SUPPLEMENTAL Summons returned unexecuted as to Michael
                            Ferreri (Depino, F.) (Entered: 06/11/2002)
                            Order Document for Later Delivery

24        05/15/2002        APPEARANCE of Attorney for Apple Oil Inc -- James J.
                            Nugent (Depino, F.) (Entered: 05/16/2002)
                            Order Document for Later Delivery

25        05/14/2002        Certified Return Receipt Card of amended complaint as
                            to Apple Oil Inc on 5/2/02 (Warner, R.) (Entered:
                            05/16/2002)
                            Order Document for Later Delivery

23        04/29/2002        REPLY by Michael Ferreri, Invatech LLC, Invatech Assoc
                            & Co, IT Ins Professionals to response to [20-1]
                            motion to Dismiss counts two, three, four, five,
                            eleven, twelve, thirteen and fourteen by IT Ins
                            Professionals, Invatech Assoc & Co, Invatech LLC,
                            Michael Ferreri (Depino, F.) (Entered: 04/29/2002)
                            Order Document for Later Delivery

22        04/19/2002        MEMORANDUM by Michael Ferreri, Invatech LLC, Invatech
                            Assoc & Co, IT Ins Professionals, Apple Oil Inc in
                            support of [21-1] objection to [20-1] motion to
                            Dismiss counts two, three, four, five, eleven, twelve,
                            thirteen and fourteen (Depino, F.) (Entered:
                            04/19/2002)

                            Order Document for Later Delivery

21        04/19/2002        OBJECTIONS by Oak River Co to [20-1] motion to Dismiss
                            counts two, three, four, five, eleven, twelve,
                            thirteen and fourteen by IT Ins Professionals,
                            Invatech Assoc & Co, Invatech LLC, Michael Ferreri
                            (Depino, F.) (Entered: 04/19/2002)
                            Order Document for Later Delivery

          04/05/2002        ENDORSEMENT denying [13-1] motion to Dismiss pursuant
                            to Federal Rule 12(b) ( signed by Judge Gerard L.
                            Goettel ) (Depino, F.) (Entered: 04/08/2002)
                            Order Document for Later Delivery

| | 04/02/2002 | ENDORSEMENT denying [19-1] motion to Extend Time to interpose response to amended complaint by 10 days from the date court considers motion to Join Apple Oil as a party to interpose a response to amended complaint ( signed by Judge Gerard L. Goettel ) (Depino, F.) (Entered: 04/02/2002) Order Document for Later Delivery |
|---|---|---|
| 20 | 04/01/2002 | MOTION by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to Dismiss counts two, three, four, five, eleven, twelve, thirteen and fourteen (Brief Due 4/22/02 ) (Basile, F.) (Entered: 04/02/2002) Order Document for Later Delivery |
| 19 | 03/25/2002 | MOTION by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to Extend Time to interpose response to amended complaint by 10 days from the date court considers motion to Join Apple Oil as a party to interpose a response to amended complaint (Warner, R.) (Entered: 03/26/2002) Order Document for Later Delivery |
| 18 | 03/25/2002 | AMENDED COMPLAINT by Oak River Co adding Apple Oil Inc. amending [1-1] complaint (Depino, F.) (Entered: 03/25/2002)<br><br>Order Document for Later Delivery |
| | 03/25/2002 | ENDORSEMENT granting [16-1] motion to Amend [1-1] complaint ( signed by Judge Gerard L. Goettel ) (Depino, F.) (Entered: 03/25/2002) Order Document for Later Delivery |
| | 03/18/2002 | ENDORSEMENT granting [17-1] motion to Extend Time to file an objection to motion to add party until April 1, 2002, Brief Deadline set for 4/1/02 [16-1] motion to Amend [1-1] complaint ( signed by Judge Gerard L. Goettel ) (Depino, F.) Modified on 04/02/2002 (Entered: 03/18/2002) Order Document for Later Delivery |
| 17 | 03/11/2002 | MOTION by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to Extend Time to file an objection to motion to add Party until 4/1/02 (Falcone, K.) Modified on 04/02/2002 (Entered: 03/12/2002) Order Document for Later Delivery |

16          02/28/2002          MOTION by Oak River Co to Amend [1-1] complaint (Brief
                                Due 3/21/02 ) (Brown, S.) (Entered: 02/28/2002)
                                Order Document for Later Delivery

            01/30/2002          ENDORSEMENT granting [15-1] motion to Extend Time to
                                3/13/02 to respond to motion to dismiss, Brief
                                Deadline set for 3/13/02 [13-1] motion to Dismiss
                                pursuant to Federal Rule 12(b) ( signed by Judge
                                Gerard L. Goettel ) (Villano, P.) (Entered:
                                01/30/2002)
                                Order Document for Later Delivery

15          01/25/2002          MOTION by Oak River Co to Extend Time to 3/13/02 to
                                respond to motion to dismiss (Brown, S.) (Entered:
                                01/25/2002)
                                Order Document for Later Delivery

            01/23/2002          ENDORSEMENT denying [11-1] motion for Entry of Default
                                as to Michael Ferreri, Invatech LLC, Invatech Assoc &
                                Co, IT Ins Professionals ( signed by Judge Gerard L.
                                Goettel ) (Depino, F.) (Entered: 01/23/2002)

                                Order Document for Later Delivery

14          01/18/2002          MEMORANDUM by Michael Ferreri, Invatech LLC, Invatech
                                Assoc & Co, IT Ins Professionals in support of [13-1]
                                motion to Dismiss pursuant to Federal Rule 12(b)
                                (Depino, F.) (Entered: 01/22/2002)
                                Order Document for Later Delivery

13          01/18/2002          MOTION by Michael Ferreri, Invatech LLC, Invatech
                                Assoc & Co, IT Ins Professionals to Dismiss pursuant
                                to Federal Rule 12(b) (Brief Due 2/8/02 ) (Depino, F.)
                                (Entered: 01/22/2002)
                                Order Document for Later Delivery

            01/18/2002          ENDORSEMENT granting [10-1] motion to Extend Time
                                until 1/18/02 to interpose a response to complaint (
                                signed by Judge Gerard L. Goettel ) (Depino, F.)
                                (Entered: 01/22/2002)
                                Order Document for Later Delivery

12          01/17/2002          OBJECTIONS by Oak River Co to [10-1] motion to Extend
                                Time until 1/18/02 to interpose a response to
                                complaint by IT Ins Professionals, Invatech Assoc &
                                Co, Invatech LLC, Michael Ferreri (Warner, R.)
                                (Entered: 01/18/2002)
                                Order Document for Later Delivery

| 11 | 01/16/2002 | MOTION by Oak River Co for Entry of Default as to Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals (Brown, S.) (Entered: 01/17/2002) Order Document for Later Delivery |
| 10 | 01/04/2002 | MOTION by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to Extend Time until 1/18/02 to interpose a response to complaint (Warner, R.) (Entered: 01/04/2002) Order Document for Later Delivery |
|  | 12/14/2001 | ENDORSEMENT [9-1] motion to Extend Time until 1/4/02 to respond to complaint ordered accordingly ( signed by Clerk ) (Malone, P.) Modified on 12/27/2001 (Entered: 12/14/2001)<br><br>Order Document for Later Delivery |
| 9 | 12/13/2001 | MOTION by Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals to Extend Time until 1/4/02 to respond to Complaint (Malone, P.) Modified on 12/27/2001 (Entered: 12/14/2001) Order Document for Later Delivery |
| 8 | 12/03/2001 | APPEARANCE of Attorney for Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals -- Christopher B. Weldon (Malone, P.) (Entered: 12/04/2001) Order Document for Later Delivery |
| 7 | 12/03/2001 | APPEARANCE of Attorney for Michael Ferreri, Invatech LLC, Invatech Assoc & Co, IT Ins Professionals -- Darren P. Renner (Malone, P.) Modified on 12/04/2001 (Entered: 12/04/2001) Order Document for Later Delivery |
| 6 | 11/16/2001 | SUMMONS Returned Executed on 11/5/01 as to Invatech LLC (Depino, F.) (Entered: 11/16/2001) Order Document for Later Delivery |
| 5 | 11/16/2001 | SUMMONS Returned Executed on 11/5/01 as to IT Ins Professionals (Depino, F.) (Entered: 11/16/2001) Order Document for Later Delivery |
| 4 | 11/16/2001 | SUMMONS Returned Executed on 11/5/01 as to Invatech Assoc & Co (Depino, F.) (Entered: 11/16/2001) Order Document for Later Delivery |

3            11/16/2001        SUMMONS Returned Executed on 11/5/01 as to Michael
                               Ferreri (Depino, F.) (Entered: 11/16/2001)
                               Order Document for Later Delivery

2            11/01/2001        ORDER on Pretrial Deadlines handed to counsel
                               Discovery cutoff 5/3/02 ; Dispositive Motions due
                               6/2/02 Amended Pleadings due 1/1/02 Motions to Dismiss
                               due 2/1/02 (D'Onofrio, B.) (Entered: 11/02/2001)

                               Order Document for Later Delivery

             11/01/2001        SUMMONS(ES) issued for Michael Ferreri, Invatech LLC,
                               Invatech Assoc & Co, IT Ins Professionals (D'Onofrio,
                               B.) (Entered: 11/02/2001)
                               Order Document for Later Delivery

1            11/01/2001        COMPLAINT Filing Fee $ 150.00 Receipt # H4783
                               (D'Onofrio, B.) (Entered: 11/02/2001)
                               Order Document for Later Delivery

END OF DOCUMENT