```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

-------------------------------X
OAK RIVER COMPANY,              :

    Plaintiff,                  :

        vs.              :   No. 3:01CV2047(WWE)

MICHAEL FERRERI, INVATECH,      :
L.L.C., INVATECH ASSOCIATES &
COMPANY, INC.,IT INSURANCE      :
PROFESSIONALS, APPLE OIL, INC.,
                                :
    Defendants.
-------------------------------X

**RULING ON MOTIONS FOR DEFAULT FOR FAILURE TO RESPOND TO DISCOVERY [DOC. ## 74, 75, 76], ON MOTION FOR DEFAULT JUDGMENT [DOC. # 82], AND ON MOTION TO SET ASIDE DEFAULT AS TO INVATECH L.L.C. [DOC # 80]**

    Defendant Apple Oil Company has moved this Court to enter a default against Defendants Invatech Associates & Company, Inc. [Doc. # 74], Michael Ferreri [Doc. # 75], and IT Insurance Professionals [Doc. # 76], for their alleged failure to respond to interrogatories and requests for production propounded by Apple Oil.  Defendants have objected and asserted that they have provided complete responses to this voluminous discovery from Apple Oil.  Accordingly, these motions are DENIED without prejudice to Apple Oil's filing a Rule 37 motion to compel, if it deems the responses to be incomplete.  Said motion should comply with the certification requirements of Rule 37(a)(2)(A), Fed. R. Civ. P., and D. Conn. L. Civ. R. 37.

    Additionally, for the same reasons, the Court GRANTS the

Motion of Defendants Ferreri, Invatech L.L.C., Invatech Associates & Company, and IT Insurance Professionals to Set Aside Default as to Invatech, L.L.C. [Doc. # 80], and vacates <u>nunc pro tunc</u> its Order of August 11, 2004 [Doc. # 79], which was inadvertently entered.  Apple Oil's Motion for Default as to Defendant Invatech L.L.C. [Doc. # 77] is hereby DENIED.

Likewise, Apple Oil's Motion for Default Judgment as to Defendant Invatech Associates & Company [Doc. # 82] is DENIED.

Accordingly, Apple Oil's Motions for Default for Failure to Respond to Discovery [Doc. ## 74, 75, 76] are DENIED. Defendants' Motion to Set Aside Default [Doc. # 80] is GRANTED and the Court's Order of August 11, 2004 [Doc. # 79] is hereby VACATED <u>nunc pro tunc</u>.  Apple Oil's Motion for Default for Failure to Respond to Discovery [Doc. # 77] is DENIED.  The Motion for Default Judgment as to Invatech Associates [Doc. # 82] is DENIED.

SO ORDERED this 21st day of September, 2004.

_____/s/_____
WARREN W. EGINTON,
Senior United States District Judge