# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

*************************************************

| | |
|---|---|
| OAK RIVER COMPANY : | CIVIL ACTION NO. **3:01CV2047(WWE)** |
|    Plaintiff : | |
| : | |
| vs. : | |
| : | |
| MICHAEL FERRERI : | |
| INVATECH, L.L.C. : | |
| INVATECH ASSOCIATES & : | *Plaintiff's Motion for Permission to* |
|    COMPANY, INC. : | *Continue Defendant's Deposition* |
| IT INSURANCE PROFESSIONALS : | *Beyond Seven Hours* |
| APPLE OIL, INC. : | |
| : | OCTOBER 5, 2004 |
|    Defendants : | |

*************************************************

## MOTION FOR PERMISSION TO CONTINUE DEFENDANT, MICHAEL FERRERI'S, DEPOSITION BEYOND SEVEN HOURS

Pursuant to Federal Rules of Civil Procedure 26(b)(2) and 30(d)(2), the plaintiff in the above-captioned matter hereby moves the court for permission to continue the deposition of the defendant, Michael Ferrari, beyond the one day, seven hour limit set forth in Rule 30(d)(2). Counsel for the defendant has been contacted and has no objection to this motion.

***ORAL ARGUMENT IS NOT REQUESTED***
***TESTIMONY NOT REQUIRED***

The deposition of the defendant, Michael Ferreri, was taken on September 2, 2004, beginning at approximately 9:30 a.m.  During the deposition, it became clear that due to the complexity of the issues in the case and the defendant's tendency to provide long, narrative type responses, that his deposition could not be completed within the one day, seven hour limit proscribed by the Federal Rules.

Federal Rule of Civil Procedure 26(b)(2) provides that the Court, by Order, "may alter the limits and [the] rules on . . . the length of depositions under Rule 30."  Federal Rule of Civil Procedure 30(d)(2) provides that additional time must be allowed "if needed for a fair examination of the deponent or if the deponent or another person, or other circumstances impedes or delays the examination."

In light of the complexity of the issues in this matter and plaintiff's need for a fair and adequate opportunity to fully and thoroughly depose the defendant, there is good cause for continuing the deposition beyond the time limits proscribed on the Rules of Civil Procedure.  Notably, defendant's counsel does not object to this request.  Therefore, the plaintiff requests permission to continue the defendant's deposition to a second day and up to an additional seven hours of time.

WHEREFORE, for all of the foregoing reasons, the plaintiff moves for permission to continue the defendant's deposition to a second day for a period of up to seven additional hours.

                              THE PLAINTIFF, **Oak River Company**

BY_____
       April Haskell   (CT 04307)
       Montstream & May, L.L.P.
       655 Winding Brook Drive
       P. O. Box 1087
       Glastonbury, CT 06033-6087
       (860) 659-1341

## **ORDER**

The foregoing motion having been heard, it is hereby ORDERED:

GRANTED/DENIED

        BY THE COURT,

        _____

        Judge/Clerk

**CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed to all counsel/parties of record this 5th day of October, 2004, as follows:

Christopher B. Weldon, Esq.
Daren P. Renner, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905
(CT 14128)

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477
(203) 795-1113

                                                   April Haskell, Esq.
                                                 Montstream & May, L.L.P.