# United States District Court
## District of Connecticut

FILED

:
:
OAK RIVER CO.                          :            2004 NOV -3  P 12: 03
*Plaintiff*                            :
    v.                                 :     Case No.  3:01cv2047(WWE)
                                       :
FERRERI, et al                         :
*Defendant*                            :

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate William I Garfinkel for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_\_  To supervise discovery and resolve discovery disputes

\_\_\_\_  A ruling on the following motions which are currently pending:

\_X\_  A settlement conference

\_\_\_\_  A conference to discuss the following:

\_\_\_\_  Other:


SO ORDERED this \_3rd\_ day of \_November\_ , \_2004\_ at Bridgeport, Connecticut.


_____

Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE