**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 DEC 17 P 2: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| OAK RIVER COMPANY | : |
| | : CIVIL ACTION NO. |
| | : 3:01CV2047(WWE) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| MICHAEL FERRERI, INVATECH, LLC, | : |
| INVATECH ASSOCIATES & COMPANY, | : |
| INC., IT INSURANCE PROFESSIONALS | : |
| and APPLE OIL COMPANY | : |
| | : December 16, 2004 |
| Defendants. | |

### APPEARANCE

To the Clerk of this Court and all counsel of record:

Please enter my appearance as counsel in this case for Defendants, MICHAEL FERRERI, INVATECH, LLC, INVATECH ASSOCIATES & COMPANY, INC., IT INSURANCE PROFESSIONALS.

Robert J. Grande (ct 21763)
Lustig & Brown, LLP
1177 Summer Street
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Fax: (203) 977-8649
rgrande@lustigbrown.com

## CERTIFICATE OF SERVICE

  Pursuant to D.Conn.L.Civ.R. 5, this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

| | |
|---|---|
| April Haskell, Esq.<br>MONTSTREAM & MAY<br>Attorneys for Plaintiff<br>655 Winding Brook Drive<br>PO Box 1087<br>Glastonbury, CT 06033-6087 | James J. Nugent, Esq.<br>NUGENT & BRYANT<br>Attorneys for Apple Oil, Inc.<br>236 Boston Post Road<br>Orange, CT 06477 |

*/s/ Robert J. Grande*
Robert J. Grande, Esq.