FILED
2004 DEC 17 P 2: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OAK RIVER COMPANY | : |
| | : CIVIL ACTION NO. |
| | : 3:01CV2047(WWE) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| MICHAEL FERRERI, INVATECH, LLC, | : |
| INVATECH ASSOCIATES & COMPANY, | : |
| INC., IT INSURANCE PROFESSIONALS | : |
| and APPLE OIL COMPANY | : |
| | : December 16, 2004 |
| Defendants. | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned hereby requests leave of this Court to withdraw the appearance of our associate J. Scott Scherban as attorney for Defendants MICHAEL FERRERI, INVATECH, LLC, INVATECH ASSOCIATES & COMPANY, INC., IT INSURANCE PROFESSIONALS. The undersigned is asociated with the law firm of Lustig & Brown, LLP and has appeared in this matter on behalf of the defendants since the initial appearances on this matter for them. During Mr. Scherban's employment with my firm, he also entered an appearance on this matter. Mr. Scherban has left the employment of Lustig & Brown, LLP.

Since Mr. Scherban's departure, Robert J. Grande, another attorney admitted to practice before this court has joined my firm and entered an appearance on behalf of defendants. Unfortunately, Mr. Scherban did not file a motion to withdraw his appearance at the time of his departure from Lustig & Brown, LLP. Accordingly, I am

making this application on his behalf. Mr. Grande has already filed an appearance in this matter and will assist me with this case. Pursuant to Local Rule 7(e), our client has been advised of the change of attorneys.

WHEREFORE, it is respectfully requested that this motion be granted.

THE DEFENDANTS,
MICHAEL FERRERI, INVATECH, LLC,
INVATECH ASSOCIATES & COMPANY, INC.,
IT INSURANCE PROFESSIONALS

Darren P. Renner, Esq. (ct 15901)
LUSTIG & BROWN, LLP
1177 Summer Street
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Fax: (203) 977-8649

## CERTIFICATE OF SERVICE

      Pursuant to D.Conn.L.Civ.R. 5, this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

April Haskell, Esq.  
MONTSTREAM & MAY  
Attorneys for Plaintiff  
655 Winding Brook Drive  
PO Box 1087  
Glastonbury, CT 06033-6087  

James J. Nugent, Esq.  
NUGENT & BRYANT  
Attorneys for Apple Oil, Inc.  
236 Boston Post Road  
Orange, CT 06477  

_____  
Darren P. Renner, Esq.