**LUSTIG & BROWN, LLP**
ATTORNEYS AT LAW
1177 Summer Street
Suite 304
Stamford, CT 06905

Telephone: (203) 977-7840
Telefax: (203) 977-8649 (Not for Service)
http://www.lustigbrown.com
e-mail: drenner@lustigbrown.com

FILED

2004 DEC 23 P 12: 01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

December 22, 2004

Clerk of the Court
United States District Court, District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

    Re:    *Oak River Company vs. Michael Ferreri, et al*
            *Civil Action No. 3:01CV204(WWE)* 2047
            *Our File No.: 7595*

To the Clerk of the Court:

    This letter is to follow up on Judge Warren W. Eginton's ruling with respect to the withdrawal of the appearance of Lustig & Brown's former associate J. Scott Scherban on December 21, 2004 in the above matter. In that ruling, Judge Eginton advised that the motion would be taken under advisement upon service of the motion on Mr. Scherban with proof of service submitted to the Court. Enclosed please find a copy of the Motion to Withdraw Appearance and a Supplemental Certificate of Service establishing that this office has now served a copy of the subject motion on Mr. Scherban at his last known address. Accordingly, we respectfully request that this Honorable Court consider the Motion to Withdraw Appearance at this time.

    Please contact me should you have any questions.

                                Very truly yours,

                                Robert J. Grande, Esq.

RJG
Enclosures
cc:

April Haskell, Esq.
Montstream & May, LLP
655 Winding Brook Drive
PO Box 1087
Glastonbury, CT 06033-6087

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

BUFFALO, NY    •    NEW YORK, NY    •    STAMFORD, CT    •    NEWARK, NJ

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OAK RIVER COMPANY : | |
| : | CIVIL ACTION NO. |
| : | 3:01CV2047(WWE) |
| **Plaintiff,** : | |
| : | |
| vs. : | |
| : | |
| MICHAEL FERRERI, INVATECH, LLC, : | |
| INVATECH ASSOCIATES & COMPANY, : | |
| INC., IT INSURANCE PROFESSIONALS : | |
| and APPLE OIL COMPANY : | |
| : | December 16, 2004 |
| **Defendants.** | |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned hereby requests leave of this Court to withdraw the appearance of our associate J. Scott Scherban as attorney for Defendants MICHAEL FERRERI, INVATECH, LLC, INVATECH ASSOCIATES & COMPANY, INC., IT INSURANCE PROFESSIONALS. The undersigned is asociated with the law firm of Lustig & Brown, LLP and has appeared in this matter on behalf of the defendants since the initial appearances on this matter for them. During Mr. Scherban's employment with my firm, he also entered an appearance on this matter. Mr. Scherban has left the employment of Lustig & Brown, LLP.

Since Mr. Scherban's departure, Robert J. Grande, another attorney admitted to practice before this court has joined my firm and entered an appearance on behalf of defendants. Unfortunately, Mr. Scherban did not file a motion to withdraw his appearance at the time of his departure from Lustig & Brown, LLP. Accordingly, I am

making this application on his behalf. Mr. Grande has already filed an appearance in this matter and will assist me with this case. Pursuant to Local Rule 7(e), our client has been advised of the change of attorneys.

WHEREFORE, it is respectfully requested that this motion be granted.

> THE DEFENDANTS,
> MICHAEL FERRERI, INVATECH, LLC,
> INVATECH ASSOCIATES & COMPANY, INC.,
> IT INSURANCE PROFESSIONALS
>
> _____
> Darren P. Renner, Esq. (ct 15901)
> LUSTIG & BROWN, LLP
> 1177 Summer Street
> Stamford, Connecticut 06905
> Telephone: (203) 977-7840
> Fax: (203) 977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R. 5, this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

April Haskell, Esq.
MONTSTREAM & MAY
Attorneys for Plaintiff
655 Winding Brook Drive
PO Box 1087
Glastonbury, CT 06033-6087

James J. Nugent, Esq.
NUGENT & BRYANT
Attorneys for Apple Oil, Inc.
236 Boston Post Road
Orange, CT 06477

_____
Darren P. Renner, Esq.

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R. 5 & 7, this is to certify that a copy of the foregoing has also been sent on December 22, 2004 to

> J. Scott Scherban
> 30 Milestone Lane
> Madison, CT 06443

Darren P. Renner, Esq.