# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| OAK RIVER COMPANY : | CIVIL ACTION NO. **3:01CV2047(WWE)** |
|     Plaintiff : | |
| : | |
| vs. : | |
| : | |
| MICHAEL FERRERI : | |
| INVATECH, L.L.C. : | |
| INVATECH ASSOCIATES & : | *Plaintiff's Motion for Permission to* |
|     COMPANY, INC. : | *Continue Defendant's Deposition* |
| IT INSURANCE PROFESSIONALS : | *Beyond Seven Hours* |
| APPLE OIL, INC. : | |
| : | JANUARY 4, 2005 |
|     Defendants : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR PERMISSION TO EXTEND THE DURATION OF DEFENDANT, MICHAEL FERRERI'S, DEPOSITION

Pursuant to Federal Rules of Civil Procedure 26(b)(2) and 30(d)(2), the plaintiff in the above-captioned matter hereby moves the court for permission to extend the duration of the defendant, Michael Ferrari, beyond the one day, seven hour limit set forth in Rule 30(d)(2). Counsel for Mr. Ferreri has been contacted and has no

*ORAL ARGUMENT IS NOT REQUESTED*
*TESTIMONY NOT REQUIRED*

objection to this Motion so long as the further questioning is concerning or occasioned by Mr. Ferreri, and related defendants' further discovery responses which had not yet been provided by the time that plaintiff's attorney concluded her other deposition examination.

The deposition of the defendant, Michael Ferreri, was first taken on September 2, 2004. During the deposition, it became clear that due to the complexity of the issues in the case and the defendant's tendency to provide long, narrative type responses, that his deposition could not be completed within the one day, seven hour limit proscribed by the Federal Rules. All counsel agreed, therefore, that a second session would be needed and a second session took place on January 3, 2005.

In the interim between the two sessions, counsel for Ferreri, and Invatech defendants, produced over 1,600 pages of documents (most of which had not previously been disclosed). Further, such counsel agreed to provide supplemental discovery responses to plaintiff's discovery and to co-defendant's discovery no later than December 29, 2004, but same were not provided in verified form nor had Mr. Ferreri read the drafts of same prior to his deposition on January 3, 2005.

Federal Rule of Civil Procedure 26(b)(2) provides that the Court, by Order, "may alter the limits and [the] rules on . . . the length of depositions under Rule 30." Federal

Rule of Civil Procedure 30(d)(2) provides that additional time must be allowed "if needed for a fair examination of the deponent or if the deponent or another person, or other circumstances impedes or delays the examination."

In light of the complexity of the issues in this matter and plaintiff's need for a fair and adequate opportunity to fully and thoroughly depose the defendant, there is good cause for continuing the deposition beyond the time limits proscribed on the Rules of Civil Procedure. Therefore, the plaintiff requests permission to further extend the defendant's deposition to a third day and up to an additional seven hours of time.

WHEREFORE, for all of the foregoing reasons, the plaintiff moves for permission to continue the defendant's deposition to a third day for a period of up to seven additional hours.

THE PLAINTIFF, **Oak River Company**

BY_____
April Haskell   (CT 04307)
Montstream & May, L.L.P.
655 Winding Brook Drive
P. O. Box 1087
Glastonbury, CT 06033-6087
(860) 659-1341

## **ORDER**

The foregoing motion having been heard, it is hereby ORDERED:

GRANTED/DENIED

        BY THE COURT,

        _____

        Judge/Clerk

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed to all counsel/parties of record this 4th day of January, 2005, as follows:

Christopher B. Weldon, Esq.
Daren P. Renner, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905
(CT 14128)

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477
(203) 795-1113

 

_____
April Haskell, Esq.
Montstream & May, L.L.P.