**United States District Court**
**District of Connecticut**

**FILED**

2005 JAN 12 P 2: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Oak River Company
*Plaintiff*
          v.

Case No. 3:01-cv-2047 (WWE)

Michael Ferreri, et al
*Defendant*

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

**✗** A ruling on the following motions which are currently pending:
Doc# **88 Motion to Compel**
   **#102 Motion to extend deposition**

____ A settlement conference

____ A conference to discuss the following:

____ Other:

SO ORDERED this __12th__ day of __January__, __2005__ at Bridgeport, Connecticut.

Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT JUDGE