**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
*********************************************
OAK RIVER COMPANY                    :     CIVIL ACTION NO. 3:01CV2047(WWE)
      Plaintiff                      :
                                     :
vs.                                  :
                                     :
MICHAEL FERRERI                      :
INVATECH, L.L.C.                     :
INVATECH ASSOCIATES &                :
      COMPANY, INC.                  :
IT INSURANCE PROFESSIONALS           :
                                     :     June 28, 2005
      Defendants                     :
*********************************************
```

**APPEARANCE**

The undersigned, Adam J. LaFleche, Esq., hereby files his Appearance for the

Plaintiff, Oak River Company, in addition to appearance already on file

                THE PLAINTIFF, **Oak River Company**

              BY_____
                Adam J. LaFleche, Esq. (CT 24788)
                Montstream & May, L.L.P.
                655 Winding Brook Drive
                P. O. Box 1087
                Glastonbury, CT 06033-6087
                (860) 659-1341

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel/parties of record this 28th day of June, 2005, as follows:

Darren P. Renner, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

                                              Adam J. LaFleche, Esq.
                                              Montstream & May, L.L.P.