**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| OAK RIVER COMPANY | : | CIVIL ACTION NO. **3:01CV2047(WWE)** |
|     Plaintiff | : | |
| vs. | : | |
| | : | |
| MICHAEL FERRERI | : | |
| INVATECH, L.L.C. | : | |
| INVATECH ASSOCIATES & | : | |
|     COMPANY, INC. | : | |
| IT INSURANCE PROFESSIONALS, | : | |
| ET AL | : | June 28, 2005 |
|     Defendants | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME RE DISMISSAL

The plaintiff hereby moves this Court for an additional extension of time to file settlement documents prior to a dismissal being entered.

This Court previously ordered that dismissal be entered in the event that settlement documents were not filed by June 30, 2005. As a result of additional discussions between the parties, and the need for some additional documentation, that deadline cannot be met. Accordingly, plaintiff requests that the deadline be extended to July 31, 2005. Defense counsel have been consulted and have no objections.

THE PLAINTIFF, **Oak River Company**


BY_____
        Adam J. LaFleche, Esq. (CT24788)
        Montstream & May, L.L.P.
        655 Winding Brook Drive
        P. O. Box 1087
        Glastonbury, CT 06033-6087
        (860) 659-1341

## **ORDER**

The foregoing motion having been heard, it is hereby ORDERED:

GRANTED/DENIED

        BY THE COURT


        _____
        JUDGE/CLERK

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel/parties of record this 28th day of June, 2005, as follows:

Darren P. Renner, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

                                                  Adam J. LaFleche, Esq.
                                                  Montstream & May, L.L.P.