# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

***********************************************
| | |
|---|---|
| OAK RIVER COMPANY : | CIVIL ACTION NO. **3:01CV2047(WWE)** |
|     Plaintiff : | |
| vs. : | |
| : | |
| MICHAEL FERRERI : | |
| INVATECH, L.L.C. : | |
| INVATECH ASSOCIATES & : | |
|     COMPANY, INC. : | |
| IT INSURANCE PROFESSIONALS, : | |
| ET AL : | July 27, 2005 |
|     Defendants : | |

***********************************************

## MOTION FOR EXTENSION OF TIME RE DISMISSAL

The plaintiff hereby moves this Court for an additional extension of time to file settlement documents prior to a dismissal being entered, up to and including August 30, 2005.

Although agreement has been finally reached between the parties as to the language of the Settlement Agreement, the parties still need additional time to finalize and sign the documents, and for payment thereunder to be made. Accordingly, plaintiff requests that the deadline be extended to August 30, 2005. Defense counsel have been consulted and have no objection.

THE PLAINTIFF, **Oak River Company**

BY_____
April Haskell   (CT 04307)
Montstream & May, L.L.P.
655 Winding Brook Drive
P. O. Box 1087
Glastonbury, CT 06033-6087
(860) 659-1341

## ORDER

The foregoing motion having been heard, it is hereby ORDERED:

GRANTED/DENIED

BY THE COURT

_____
JUDGE/CLERK

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel/parties of record this 27th day of July, 2005, as follows:

Christopher B. Weldon, Esq.
Darren P. Renner, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

_____
April Haskell
Montstream & May, L.L.P.