FILED

2005 AUG 26  A 11: 54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*************************************************

| | |
|---|---|
| OAK RIVER COMPANY : | CIVIL ACTION NO. **3:01CV2047(WWE)** |
|    Plaintiff : | |
| vs. : | |
| : | |
| MICHAEL FERRERI : | |
| INVATECH, L.L.C. : | |
| INVATECH ASSOCIATES & : | |
|    COMPANY, INC. : | |
| IT INSURANCE PROFESSIONALS, : | |
| ET AL : | August 9, 2005 |
|    Defendants : | |

*************************************************

## MOTION TO DISMISS

Plaintiff and defendants jointly move for dismissal of the plaintiff's Complaint, with prejudice and without costs to any party.

THE PLAINTIFF, **Oak River Company**

BY _____
April Haskell   (CT 04307)
Montstream & May, L.L.P.
655 Winding Brook Drive
P. O. Box 1087
Glastonbury, CT 06033-6087
(860) 659-1341

## ORDER

The foregoing motion having been heard, it is hereby ORDERED:

GRANTED/DENIED

BY THE COURT

_____
JUDGE/CLERK

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel/parties of record this 9th day of August 2005, as follows:

Christopher B. Weldon, Esq.
Darren P. Renner, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

April Haskell
Montstream & May, L.L.P.