**FILED**

2005 AUG 26  A 11: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*************************************************
OAK RIVER COMPANY            :     CIVIL ACTION NO. **3:01CV2047(WWE)**
    Plaintiff                :
vs.                          :
                             :
MICHAEL FERRERI              :
INVATECH, L.L.C.             :
INVATECH ASSOCIATES &        :
    COMPANY, INC.            :
IT INSURANCE PROFESSIONALS,  :
ET AL                        :     July 27, 2005
    Defendants               :
*************************************************

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto stipulate that the plaintiff's Complaint shall be dismissed, with prejudice, with no costs to any party.

                              THE PLAINTIFF, **Oak River Company**

                              _____
                              April Haskell   (CT 04307)
                              Montstream & May, L.L.P.
                              655 Winding Brook Drive
                              P. O. Box 1087
                              Glastonbury, CT 06033-6087
                              (860) 659-1341

Case 3:01-cv-02047-WWE   Document 120   Filed 08/26/2005   Page 1 of 4

                                              THE DEFENDANT, Michael Ferreri, IT
                                              Insurance, Invetech, LLC

                                              _____
                                              Christopher B. Weldon, Esq.
                                              Darren P. Renner, Esq.
                                              Lustig & Brown, L.L.P.
                                              1177 Summer Street
                                              Stamford, CT 06905

THE DEFENDANT, **Apple Oil**

*/s/ Jim Nugent/*
James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477
203-795-1111

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel/parties of record this 9th day of August 2005, as follows:

Christopher B. Weldon, Esq.
Darren P. Renner, Esq.
Lustig & Brown, L.L.P.
1150 Summer Street
Stamford, CT 06905

James J. Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

April Haskell
Montstream & May, L.L.P.